NOVEMBER 30, 1953.

No. 384. LARSON ET AL. *v.* CITY OF LONG BEACH. Appeal from the Superior Court for the County of Los Angeles, California, Appellate Department. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *John Charles Spence, Jr., Charles A. Horsky* and *Amy Ruth Mahin* for appellants. *Irving M. Smith* for appellee.

No. 391. F. H. VAHLSING, INC. *v.* MAINE. Appeal from the Supreme Judicial Court of Maine. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Henry F. Schenk* for appellant. *Alexander A. LaFleur,* Attorney General of Maine, and *Boyd L. Bailey* and *Roger A. Putnam,* Assistant Attorneys General, for appellee.

No. 386. RISS & CO., INC. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Western District of Missouri. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *John B. Gage* and *A. Alvis Layne, Jr.* for appellant. *Acting Solicitor General Stern* for the United States; *Edward M. Reidy* for the Interstate Commerce Commission; and *Amos M. Mathews* for the Akron, Canton & Youngstown Railroad Co. et al., appellees.

No. 409. BALTIMORE TRANSFER CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. Appeal from the United States District Court for the District of Maryland. *Per Curiam:* The motion to affirm is granted and the